# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA AL-RAD LEVI GUINN, | Case No. EDCV 14-1099-JPR |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| MYERS, Associate Warden, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: June 12, 2014

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE